**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **VOGUE TYRE & RUBBER COMPANY**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 14 C 5839 |
| | ) | |
| **FERNANDO BOLO MENDEZ**, | ) | |
| | ) | |
| Defendant. | ) | |

### MEMORANDUM ORDER

This intellectual property action, involving claims of trademark infringement, false designation of origin and false representation, trade dress infringement, unfair competition and the violation of the Illinois Uniform Deceptive Trade Practices Act, has been filed by Vogue Tyre & Rubber Company ("Vogue") against Fernando Bolo Mendez ("Mendez"). Because (1) Mendez's In Forma Pauperis Application discloses that he qualifies financially for the designation of an attorney to represent him, (2) it is clear that all concerned -- Vogue, Mendez and this Court -- will be better served by his having counsel competent to address the intricacies of intellectual property rights in the respects advanced by Vogue and (3) Mendez has made appropriate (and unsuccessful) efforts to obtain counsel on his own as our Court of Appeals requires, this Court has obtained the name of this member of the trial bar to serve Mendez as pro bono counsel:

> Paul G. Juettner, Esq.[1]
> Greer, Burns & Crain, Ltd.
> 300 South Wacker Drive, 25th Floor
> Chicago, IL  60606
> (312) 987-4008
> pjuettner@gbclaw.net.

---

[1]  Attorney Juettner has represented to the court personnel responsible for monitoring the trial bar system that his field of practice comprises both trademark law and patent law.

During the September 30 status hearing in this matter this Court advised both Vogue's counsel and Mendez that it would draw upon the trial bar for such a designation, and it set the next status hearing for 9 a.m. November 3, 2014. In preparation for that status hearing designated counsel Juettner is expected to meet with Mendez, review Vogue's Complaint and file a responsive pleading on or before October 24, 2014 (although if that timetable creates special problems for attorney Juettner, this Court would be prepared to entertain a request for a modest extension of both the responsive pleading date and the next status hearing date).

                                                                              Milton I. Shadur
                                                                              Senior United States District Judge

Date: October 1, 2014